

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-11-00896-CR

Deagobeto **OSEGUERA-GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR1453
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED May 29, 2013.

_____
Luz Elena D. Chapa, Justice